Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Raymond S. Levine (SBN 348030)
Braden R. Leach (SBN 348871)
**SCHNEIDER WALLACE COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
TSchneider@schneiderwallace.com
MWeiler@schneiderwallace.com
RLevin@schneiderwallace.com
BLeach@schneiderwallace.com

*Counsel for Plaintiff*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DARIUS DAVIS,<br>Plaintiff,<br>v.<br>AMAZON.COM, INC.; AMAZON.COM SERVICES, LLC; and AMAZON LOGISTICS, INC.,<br>Defendants. | Case No. 5:26-cv-09948-EKL<br>**JOINT STIPULATION TO TRANSFER VENUE AND ~~[PROPOSED]~~ ORDER**<br>Judge: Hon. Eumi K. Lee |

Plaintiff Darius Davis ("Plaintiff") and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Logistics, Inc. (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, and without waiving any rights, claims, or defenses they have in this action or any related action, hereby stipulate as follows pursuant to Civil Local Rule 7-1(a) and Civil Local Rule 7-12, and respectfully request that the Court enter the following Order:

WHEREAS, Plaintiff filed the Complaint in this action on September 7, 2026 (Dkt. 1);

WHEREAS, Defendants have identified two earlier-filed actions in the U.S. District Court for the District of New Jersey that raise factual and legal allegations similar to Plaintiff's allegations against Defendants, *Attorney General of the State of New Jersey v. Amazon.com, Inc., et al.*, Case No. 2:26-cv-09814 (D.N.J.), and *Anderson, et al. v. Amazon.com, Inc., et al.*, Case No. 2:26-cv-09977 (D.N.J.), Julien X. Neals, United States District Judge, presiding over both;

WHEREAS, the Parties have met and conferred regarding Defendants' position that the claims asserted against them should be transferred to the U.S. District Court for the District of New Jersey under 28 U.S.C. § 1404(a);

WHEREAS, on October 2, 2026, the Parties filed a Stipulation Extending Defendants' Time to Respond to the Complaint (Dkt. 16), which governs Defendants' deadline to answer or otherwise respond to the Complaint;

WHEREAS, pursuant to 28 U.S.C. § 1404(a), a District Court may transfer a civil action to any other district where it might have been brought, or to which all parties have consented, for the convenience of parties and witnesses and in the interest of justice;

WHEREAS, the Parties agree that this action could have been brought in the United States District Court for the District of New Jersey, and that venue is proper in that district, provided that Defendants reserve all defenses, objections, and rights, including but not limited to all arguments that the federal courts lack jurisdiction over this dispute and all rights to move to compel arbitration and to stay proceedings pending arbitration;

WHEREAS, the Parties further agree that transfer of this action to the United States District Court for the District of New Jersey would promote the efficient administration of justice;

WHEREAS, the Parties therefore jointly seek transfer of this action to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record and subject to the Court's approval, as follows:

1. This action shall be transferred from the United States District Court for the Northern District of California to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a). The Parties respectfully request that the Court enter the proposed order set forth below.

2. Defendants' time to answer or otherwise respond to the Complaint remains governed by the Parties' Stipulation Extending Defendants' Time to Respond to the Complaint (Dkt. 16), as supplemented by this paragraph. If the transferee court does not set a deadline for Defendants to answer or otherwise respond to the Complaint, Defendants shall answer or otherwise respond within sixty (60) days after this action is docketed in the District of New Jersey, unless that court orders otherwise. Except as supplemented by this paragraph, the Stipulation at Dkt. 16 is not modified, superseded, or vacated by this Stipulation or by the accompanying Order, and remains in full force and effect.

3. This Stipulation is entered into without waiver of any party's claims, defenses, objections, or rights, all of which are expressly preserved. Without limiting the foregoing, Defendants expressly preserve all defenses and objections available under Federal Rule of Civil Procedure 12(b), including but not limited to all objections to the jurisdiction of the federal courts over this dispute, all arguments that Plaintiff's claims are preempted by the National Labor Relations Act, all rights to compel arbitration or to seek a stay of proceedings, and all arguments that the Complaint fails to state a claim. Defendants' agreement that this action could have been brought in, and their consent to transfer to, the District of New Jersey is for purposes of 28 U.S.C. § 1404(a) only, and is not a concession as to the jurisdiction of any court over this dispute, the merits of any claim or defense, the propriety of class certification, or the propriety of consolidation or coordination with any other action. Plaintiff preserves all rights to oppose any motion Defendants may file, the ability to amend his complaint as of right, the right to seek to consolidate his complaint with any other action, the right to voluntarily dismiss his action and to seek to join another action, and any other right given to him under the Federal Rules.

IT IS SO STIPULATED.
Dated: October 8, 2026

**SCHNEIDER WALLACE COTTRELL KIM LLP**

By: */s/ Matthew S. Weiler*
Todd M. Schneider (SBN 158253)
Matthew S. Weiler (SBN 236052)
Raymond S. Levine (SBN 348030)
Braden R. Leach (SBN 348871)

*Attorneys for Plaintiff Darius Davis and the Proposed Class*

Dated: October 8, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Michael J. Perry*

William Savitt (PHV forthcoming)
Anitha Reddy (PHV forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Michael J. Perry (SBN 255411)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500

Matthew C. Parrott (SBN 302731)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
(949) 451-3800

**SEYFARTH SHAW LLP**

Brian Stolzenbach (PHV forthcoming)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
(312) 460-5500

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Logistics, Inc.*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*/s/ Matthew S. Weiler*
Matthew S. Weiler

## CERTIFICATION REGARDING GENERATIVE AI

Pursuant to Section VIII.H of the Standing Order for Civil Cases Before Judge Eumi K. Lee, I, Matthew S. Weiler, lead counsel for Plaintiff, certify that I have personally verified the accuracy of all content in this submission, including any content generated with the assistance of generative artificial intelligence tools.

*/s/ Matthew S. Weiler*
Matthew S. Weiler

**~~[PROPOSED]~~ ORDER**

Pursuant to the Parties' Joint Stipulation, and for good cause shown, IT IS HEREBY ORDERED that:

1. The Court finds that transfer of venue from the Northern District of California to the U.S. District Court for the District of New Jersey, where the related actions *Attorney General of the State of New Jersey v. Amazon.com, Inc., et al.*, Case No. 2:26-cv-09814 (D.N.J.), and *Anderson, et al. v. Amazon.com, Inc., et al.*, Case No. 2:26-cv-09977 (D.N.J.), are pending, will further the interests of justice.

2. The Parties' Joint Stipulation to transfer the venue of this action to the U.S. District Court for the District of New Jersey is therefore APPROVED.

3. This action is TRANSFERRED to the U.S. District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a).

4. All deadlines previously set in connection with this action, including the deadlines set in the Initial Case Management Scheduling Order (Dkt. 5) and the Clerk's Notice Resetting Case Management Deadlines (Dkt. 9), among them the December 23, 2026 deadline for the joint case management statement and the January 6, 2027 initial case management conference, are hereby VACATED. Except as supplemented by paragraph 2 of the Parties' Joint Stipulation, which supplies a deadline for Defendants to answer or otherwise respond to the Complaint in the event the transferee court does not set one, this Order does not modify, supersede, or vacate the Parties' Stipulation Extending Defendants' Time to Respond to the Complaint (Dkt. 16), which otherwise remains in full force and effect.

5. The Clerk of Court is directed to take all actions necessary to effectuate the transfer of this case to the U.S. District Court for the District of New Jersey.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 8, 2026

HON. EUMI K. LEE
United States District Judge